| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 21-31948 |
|---|---|---|---|
| Debtor | In Re: | Washington Prime Group, Inc. | |

This lawyer, who is admitted to the State Bar of New Jersey, Pennsylvania, Delaware & New York

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Bradford J. Sandler<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>(212) 561-7700<br>NJ 009521996 | PA 77463 | DE 4142 | NY 4499877 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Individual Preferred Shareholders |
|---|
| Dated: August 25, 2021        Signed: /s/ Bradford J. Sandler |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:        Signed: _____<br>                           Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States Bankruptcy Judge