United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 21, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | )    **Chapter 11** |
| **WASHINGTON PRIME GROUP, INC., *et al.*,**[1] | ) |
| | )    **Case No. 21-31948 (MI)** |
| | )    **(Jointly Administered)** |
| **Debtors.** | ) |

**ORDER GRANTING IN PART FINAL FEE APPLICATION OF FTI
CONSULTING, INC., FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM JUNE 28, 2021 THROUGH AUGUST 17, 2021</u>**

Upon consideration of the *First and Final Fee Application of FTI Consulting, Inc., for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 28, 2021 through August 17, 2021* (the "<u>First and Final Fee Application</u>") filed by FTI Consulting, Inc. ("<u>FTI</u>"), financial advisor to the official committee of unsecured creditors (the "<u>Committee</u>") of the above-captioned debtors (the "<u>Debtors</u>"), the Court finds that: (a) it has jurisdiction over the matters raised in the First and Final Fee Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested and described below are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the First and Final Fee Application and hearing thereon has been given, one objection to the First and Final

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/washingtonprime. The Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

Fee Application has been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the partial relief herein. Therefore, it is hereby

**ORDERED** that in accordance with this Court's ruling on December 20, 2021, FTI shall be allowed compensation, in part, in accordance with the First and Final Fee Application in the amount of $1,127,177.90, which includes (i) $1,105,545.50 for services rendered on behalf of the Committee for the period of June 28, 2021 through July 26, 2021 and August 7, 2021 through August 17, 2021, and (ii) $21,632.40 in expenses on behalf of the Committee for the period of June 28, 2021 through August 17, 2021. It is further

**ORDERED** that the fees that were disputed at the December 20, 2021 hearing for the period July 27, 2021 through August 6, 2021 are subject to further Order.  It is further

**ORDERED** that the Debtors are authorized  to pay FTI all fees and expenses allowed pursuant to this Order. It is further

**ORDERED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: December 21, 2021

_____
Marvin Isgur
United States Bankruptcy Judge